UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ROSINA GUEVARA MONGE, JAVIER TORREZ ROMERO, Debtors, | Case No.: 20-32815-KRH Chapter 7 |
| ROSINA GUEVARA MONGE, JAVIER TORREZ ROMERO, Plaintiffs, v. TOYOTA MOTOR CREDIT CORPORATION, Defendant. | Adv. Pro. No. 20-03130-KRH |

### NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL

Now comes the plaintiff pursuant to F.R.B.P. 7041 and submits to this court a stipulation of dismissal of the above-captioned adversary proceeding in accordance with F.R.C.P. 41 (a)(1)(A)(ii).

Date: 12/3/2020

/s/ Richard C. Devor
Richard C. Devor, Jr., #74824
Attorney for Debtor/Plaintiffs
P.O. Box 23205
Richmond, Virginia 23223
Tel: 804-200-6042
email richarddevor@gmail.com

Date: 12/4/2020

/s/ Johnie R. Muncy
Johnie R. Muncy, Esq. Bar No. 73248
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel.: 804 290 4290
Fax: 804 290 4298
jmuncy@siwpc.com

Richard C Devor, Jr.
VA Bar 74824
P.O. Box 23205
Richmond, Virginia 23223
Tel: 804-200-6042
Fax: 804-649-8794
richarddevor@gmail.com

1/1